## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:21-cv-38

| | | |
|---|---|---|
| **WILLIAM DUNCAN**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **KILOLO KIJAKAZI**, | ) | |
| Acting Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | | |

Defendant, Kilolo Kijakazi, Commissioner of Social Security, has moved this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment reversing her decision and remanding the case for further administrative proceedings. (Doc. No. 17). Plaintiff does not oppose Defendant's Motion for Remand.  The motion is **GRANTED**.

**IT IS, THEREFORE, ORDERED** that the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) is **REVERSED** and the case is **REMANDED** to the Commissioner for further proceedings. See Melkonyan v.Sullivan, 501 U.S. 89 (1991). To this extent, Plaintiff's Motion for Summary Judgment, (Doc. No. 15), is **DISMISSED** as moot.

Signed: January 24, 2022

Max O. Cogburn Jr.
United States District Judge