UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-CV-38

WILLIAM DUNCAN,                              )
                                             )
            Plaintiff,                       )
                                             )
v.                                           )            **ORDER**
                                             )
KILOLO KIJAKAZI,                             )
Acting Commissioner of Social Security,      )
                                             )
            Defendant.                       )
                                             )

      This matter is before the Court on the parties' Consent Motion for Attorney Fees. (Doc. No. 20). The parties have agreed that the Commissioner of Social Security should pay the sum of $5,500.00 in full and final settlement of all claims arising under the Equal Access to Justice Act ("EAJA"). See 28 U.S.C. § 2412(d). The motion is **GRANTED**.

      It is therefore **ORDERED** that the Commissioner of Social Security shall pay Plaintiff the sum of $5,500.00 in attorney fees, in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sums, this case is dismissed with prejudice. If the United States Treasury Department determines that Plaintiff does not owe a federal debt, the Commissioner shall accept Plaintiff's assignment of EAJA fees to counsel, and payment shall be made directly to counsel.

Signed: April 5, 2022

Max O. Cogburn Jr.
United States District Judge